# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| INTEXACT TECHNOLOGIES LIMITED,<br><br>*Plaintiff*,<br><br>v.<br><br>ADT LLC,<br><br>*Defendant*. | §<br>§<br>§<br>§<br>§<br>§  Case No. 2:19-cv-00337-JRG-RSP<br>§<br>§<br>§<br>§<br>§ |

## ORDER

Before the Court is the Stipulation of Dismissal (**Dkt. No. 17**), filed by Plaintiff Intexact Technologies Limited and Defendant ADT LLC (collectively, "the Parties").

It is hereby **ORDERED** that the above referenced action is **DISMISSED WITH PREJUDICE**. Each party will bear its own costs, expenses, and attorneys' fees. All pending requests for relief not previously addressed by the Court are hereby **DENIED AS MOOT**.

Each party shall bear their own costs and attorneys fees. The Clerk is directed to **CLOSE** this case.

**So ORDERED and SIGNED this 10th day of March, 2020.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE